UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RUFINO SANTOS, on behalf of himself and all others : similarly situated,

                             Plaintiff,

              -against-

SANGRIA 71 EAST CORP. d/b/a SANGRIA 71 : COMMACK, RVC EMPANADA CORP. d/b/a : SANGRIA 71 ISLAND PARK, SPAIN FOOD GROUP : INC. d/b/a SANGRIA 71 WILLISTON PARK, JOSE : FERNANDEZ, and ROSENDO FERNANDEZ,

                           Defendants.

-----------------------------------------------------------------------X

**Case No. 22 Civ. 491 (JS)(SIL)**

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

To:    Avrohom Gefen, Esq.
        Vishnick McGovern Milzio, LLP
        3000 Marcus Avenue, Suite 1E9
        Lake Success, New York 11042
        agefen@vmmlegal.com
        *Attorneys for Defendants*

      **PLEASE TAKE NOTICE,** that Plaintiff Rufino Santos pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants Sangria 71 East Corp. d/b/a Sangria 71 Commack, RVC Empanada Corp. d/b/a Sangria 71 Island Park, Spain Food Group Inc. d/b/a Sangria 71 Williston Park, Rosendo Fernandez, and Jose Fernandez.

Dated:  New York, New York
         February 15, 2023

                        PECHMAN LAW GROUP PLLC
                        By:
                        Vivianna Morales, Esq.
                        488 Madison Avenue, 17th Floor
                        New York, New York 10022
                        Telephone: (212) 583-9500
                        morales@pechmanlaw.com
                        *Attorneys for Plaintiff*