UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RUFINO SANTOS, on behalf of himself and
all others similarly situated,

                    Plaintiff,                    JUDGMENT

    v.                                              22-cv-00491-HG-SIL

SANGRIA 71 EAST CORP. d/b/a SANGRIA 71
COMMACK, RVC EMPANADA CORP. d/b/a
SANGRIA 71 ISLAND PARK, SPAIN FOOD GROUP
INC. d/b/a SANGRIA 71 WILLISTON PARK, JOSE
FERNANDEZ, and ROSENDO FERNANDEZ,

                    Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 15, 2023, and defendants Sangria 71 East Corp. d/b/a Sangria 71, Commack, RVC Empanada Corp. d/b/a Sangria 71 Island Park, Spain Food Group Inc. d/b/a Sangria 71 Williston Park, Jose Fernandez, and Rosendo Fernandez, having offered to allow entry of judgment to be taken against them, jointly and severally and in favor of Plaintiff Rufino Santos in the sum of Twenty-five Thousand Dollars ($25,000.00), inclusive of attorneys' fees and costs accrued to date, in full and final settlement of all of Plaintiff's claims for unpaid wages, gratuities, meal credits, allowances, liquidated damages, statutory claims, compensatory damages, punitive damages, back-pay, and expenses, in full and final resolution of all of Plaintiff's claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Rufino Santos and against defendants, Sangria 71 East Corp. d/b/a Sangria 71, Commack, RVC Empanada Corp. d/b/a Sangria 71 Island Park, Spain Food Group Inc. d/b/a Sangria 71 Williston Park, Jose

Fernandez, and Rosendo Fernandez , jointly and severally, in the sum of Twenty-five Thousand Dollars ($25,000.00), inclusive of attorneys' fees and costs accrued to date, in full and final settlement of all of Plaintiff's claims for unpaid wages, gratuities, meal credits, allowances, liquidated damages, statutory claims, compensatory damages, punitive damages, back-pay, and expenses, in full and final resolution of all of Plaintiff's claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
February 17, 2023

Brenna B. Mahoney  
Clerk of Court

By:   /s/Jalitza Poveda  
        Deputy Clerk